### SIMPSON COUNTY v. COX et al.

(Circuit Court of Appeals, Fifth Circuit. May 10, 1909.)

#### Nos. 1,813–1,816.

Appeals from the Circuit Court of the United States for the Southern District of Mississippi.

Action by Simpson County against Arthur J. Cox and another. With this action have been consolidated in this court actions brought by Simpson County against the Forest Products & Manufacturing Company, against the Green Bay Lumber Company, and against Eastman, Gardiner & Co.

R. V. Fletcher, Atty. Gen., and R. P. Willing, for appellant.
Garner Wynn Green and Marcellus Green, for appellees.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

SHELBY, Circuit Judge. These cases involve the same questions decided in Simpson County v. Wisner-Cox Lumber & Manufacturing Co. (which has just been decided) 170 Fed. 52. For the reasons there stated, the decree of the Circuit Court in each of these cases is reversed, and each cause is remanded, with instructions to overrule the demurrers and to proceed further in conformity to the opinion of this court; and in each case it is so ordered.